JS-6<br>Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE M. SANDOVAL,            ) | Case No.  EDCV 12-1849 RNB |
|             Plaintiff,   ) | |
|     vs.                                              ) | **J U D G M E N T** |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
|           Defendant.   ) | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: July 25, 2013

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE